IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FREDEX HUDSON,

        Plaintiff,            JUDGMENT IN A CIVIL CASE

v.

          Case No. 16-cv-184-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Fredex Hudson attorney fees and costs in the amount of $4,250.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

|  |  |
|---|---|
| s/ V. Olmo, Deputy Clerk | 10/17/2016 |
| Peter Oppeneer, Clerk of Court | Date |